IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Robert Michael Ardis, | ) | Civil Action No.: 3:20-cv-01335-JMC |
| Plaintiff, | ) | |
| v. | ) | |
| Darlene Dickey, William Eddins, Sarah Harper-Crutchfield, Gregory Marcille, Timothy Register, Thomas Williams, Jane Does 1-10, and John Does 1-10, | ) | **ORDER** |
| Defendants. | ) | |

Plaintiff Robert Michael Ardis, proceeding *pro se*, filed this civil rights action against Defendants Darlene Dickey, William Eddins, Sarah Harper-Crutchfield, Gregory Marcille, Timothy Register, Thomas Williams, Jane Does 1-10, and John Does 1-10 (collectively "Defendants") pursuant to 42 U.S.C. § 1983. (*See* ECF No. 1.)

This matter is before the court to address Plaintiff's Motion to Hold Case in Abeyance and Motion for Extension of Time. (ECF No. 49.) Specifically, Plaintiff seeks a stay of the case and an extension of time to allow him to "determine my next course of action." (*Id.* at 3 ¶¶ 5, 7.)

Upon its review, the court observes that on January 25, 2021, it entered an Order dismissing Plaintiff's Complaint without prejudice because his claims were foreclosed by the abstention doctrine outlined in *Younger v. Harris*, 401 U.S. 37 (1971). (*See* ECF No. 45.) The court further entered Judgment for Defendants on January 28, 2021, and officially closed the case thereafter. (*See* ECF No. 47.) Therefore, in its current posture, there is not anything pending to hold in abeyance or to necessitate an extension of time. Therefore, the court **DENIES AS MOOT** Plaintiff's Motion to Hold Case in Abeyance and Motion for Extension of Time. (ECF No. 49.)

1

**IT IS SO ORDERED.**

United States District Judge

May 20, 2021
Columbia, South Carolina